**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**

IN RE: 15-31489
DEBTOR(S): MATTHEW WILLIAM WILBER AND STEPHANIE DIAN WILBER

### NOTICE OF STANDING CHAPTER 13 TRUSTEE'S FINAL REPORT AND ACCOUNT

The Debtors in the above-captioned case have made their final Chapter 13 payment, and the Trustee has disbursed all such funds to claimants. Accordingly, the Trustee has filed a Final Report and Account summarizing the administration of the case and giving an accounting of all receipts and disbursements under the confirmed plan.

*ABSENT A TIMELY FILED WRITTEN OBJECTION TO THE*
*TRUSTEE'S FINAL REPORT AND ACCOUNT AS DESCRIBED BELOW, THE CASE*
*MAY PROCEED TO DISCHARGE AND CLOSURE.*

*If you would like to receive a copy of the Final Report and Account*, then you may obtain a copy: (1) from the Clerk of the United States Bankruptcy Court for the District of Utah, Frank E. Moss U.S. Courthouse, 350 South Main Street #301, Salt Lake City, Utah 84101; (2) from the Bankruptcy Court's website at www.utb.uscourts.gov using the PACER service; or (3) from the Standing Chapter 13 Trustee's Office by making such request via email at FinalReportRequest@ch13ut.org .

Any objection to the Trustee's Final Report and Account must be (1) made in writing; (2) filed with the Bankruptcy Court at the address stated above within 30 days after the date of service and served on the Standing Chapter 13 Trustee; and (3) noticed for a hearing to be held no later than 30 days after the filing such objection. If no objections are filed within such 30-day period, the Trustee's Final Report and Account will be deemed approved by the Bankruptcy Court, and under Bankruptcy Rule 5009 the estate will be presumed to be fully administered. If the Debtor otherwise qualifies, the bankruptcy court may (if eligible) grant the discharge and close the case.

/s/Lon A. Jenkins, Trustee, Office of the Standing Chapter 13 Trustee

United States Bankruptcy Court
District of Utah

In re:  
MATTHEW WILLIAM WILBER  
    Debtor

Case No. 15-31489  
Chapter 13

## CERTIFICATE OF SERVICE

District/off: 1088-c      User: 563      Page 1 of 2      Date Rcvd: Mar 18, 2021  
                     Form ID: NOFR     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Noticing Center on Mar 19, 2021.

```
db          +MATTHEW WILLIAM WILBER,    2301 Bryson Circle,    SANTA CLARA UT 84765-5458
22          +ALDRIDGE PITE, LLP,    4375 JUTLAND DRIVE, SUITE 200,    PO BOX 17933,    SAN DIEGO CA 92177-7921
5            AMERICA FIRST CREDIT UNION,    PO BOX 9199,    OGDEN UT 84409-0199
16           AMERICAN INFOSOURCE LP AS AGENT FOR VERIZON,    PO BOX 248838,    OKLAHOMA CITY OK 73124-8838
21          +CAROLYN RASBAND,    37 WEST 9000 SOUTH,    SANDY UT 84070-2008
26          +Heather Vander Meyden,    15147 Walnut Grove Drive,    Draper UT 84020-5539
3            INTERMOUNTAIN HEALTHCARE,    PO BOX 27808,    SALT LAKE CITY UT 84127-0808
17           INTERNAL REVENUE SERVICE,    PO BOX 7346,    Philadelphia PA 19101-7346
10          +KNIGHT ADJUSTMENT BUREAU,    5525 SOUTH 900 EAST,    SUITE 215,    SALT LAKE CITY UT 84117-3500
24          +Kohls/Capital One,    Po Box 3120,    Milwaukee WI 53201-3120
18          +MIDLAND CREDIT MANAGEMENT, INC,    AS AGENT FOR MIDLAND FUNDING LLC,    PO BOX 2011,
              WARREN MI 48090-2011
27           Mauries,    PO Box 659705,    San Antonio TX 78265-9705
8           +OFFICE OF RECOVERY SERVICES,    PO BOX 45033,    SALT LAKE CITY UT 84145-0033
9            OFFICE OF RECOVERY SERVICES,    PO BOX 45011,    SALT LAKE CITY UT 84145-0011
23          +PHH MORTGAGE CORP,    ONE MORTGAGE WAY,    MAIL STOP SV01,    MOUNT LAUREL NJ 08054-4637
15          +PORTFOLIO RECOVERY ASSOCIATES, LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
4            RC WILLEY FINANCIAL SERVICES,    ATTN BANKRUPTCY DEPT.,    PO BOX 65320,
              SALT LAKE CITY UT 84165-0320
14           RESURGENT CAPITAL SERVICES,    PO BOX 10587,    GREENVILLE SC 29603-0587
13          +TERRY JESSOP & BITNER,    RICHARD C. TERRY,    341 SOUTH MAIN STREET, SUITE 500,
              SALT LAKE CITY UT 84111-2726
2            UHEAA,    PO BOX 145108,    SALT LAKE CITY UT 84114-5108
20           US Department of Education,    c/o FedLoan Servicing,    PO Box 69184,    Harrisburg PA 17106-9184
1           +UTAH STATE TAX COMMISSION,    210 NORTH 1950 WEST,    SALT LAKE CITY UT 84134-9000
19           WELLS FARGO BANK, NA,    7000 Vista Dr,    WDM IA 50266-9310
```

Notice by electronic transmission was sent to the following persons/entities by the Noticing Center.  
NONE.                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the document specified in the Form ID field of this Certificate of Service to the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**Date: Mar 19, 2021**             **Signature:** _/s/ Joseph Speetjens_

```
District/off: 1088-c            User: 563                  Page 2 of 2              Date Rcvd: Mar 18, 2021
                                Form ID: NOFR              Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2021 at the address(es) listed below:
```
nef             Lon A. Jenkins    405 South Main Street
nef             RED ROCK LEGAL SERVICES, PLLC    PO BOX 1948
nef             RED ROCK LEGAL SERVICES, PLLC    PO BOX 1948
nef             United States Trustee    Ken Garff Bldg.
                                                                                             TOTAL: 4
```